## WEST v. SHACKELFORD.

ATKINSON, J. 1. When a judgment refusing an interlocutory injunction is brought to the Supreme Court for review, the trial judge is authorized to grant a supersedeas upon such terms as may by him be deemed necessary to preserve the rights of the parties until the judgment of the Supreme Court can be had. Civil Code, § 5502; *Stokes* v. *Stokes,* 126 *Ga.* 804 (55 S. E. 1023). It is left, however, in the sound legal discretion of the judge to grant or refuse it. See *Savannah, Florida*

& *Western Ry. Co.* v. *Postal Telegraph-Cable Co.,* 113 *Ga.* 916 (39 S. E. 399).

2. The judge did not abuse his discretion in refusing to grant a supersedeas in this case.     *Judgment affirmed. All the Justices concur.*

MAY 15, 1912.

This writ of error was upon the refusal of a supersedeas in the case next preceding.